Patric A. Lester (SBN 220092)
pl@lesterlaw.com
Lester & Associates
5694 Mission Center Road, #358
San Diego, CA 92108
Phone (619) 665-3888
Fax (314) 241-5777

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER A. BAUMER, | Case No. 3:13-cv-01648-JAH-NLS |
| Plaintiff, | **NOTICE OF SETTLEMENT OF ALL CLAIMS** |
| vs. | |
| LEGAL RECOVERY LAW OFFICES, INC. AND MIDLAND FUNDING, LLC, | |
| Defendant. | |

TO THE COURT AND ALL THE PARTIES:

PLEASE TAKE NOTICE THAT Plaintiff Ginger A. Baumer ("Plaintiff") and Defendants Legal Recovery Law Offices, Inc. and Midland Funding, LLC. ("Defendants") have reached a settlement of the claims of all parties in this action. It is expected that the Joint Motion for Dismissal with Prejudice of the entire action will be filed within the next 30 days.

Dated October 31, 2013

Lester & Associates
By:   /s/ Patric A. Lester
Patric A. Lester
Attorney for Plaintiff,
Ginger A. Baumer
pl@lesterlaw.com

1
**NOTICE OF SETTLEMENT OF ALL CLAIMS**   3:13-cv-01648-JAH-NLS

Re: Ginger Baumer v. Legal Recovery Law Offices et al,
Case No.3:13-cv-01648-JAH-NLS
United States District Court, Southern District Of California

## CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the following

**Notice of Settlement of All Claims**

on the interested parties in said case as follows:

Scott Grace
Luftman, Heck & Associates, LLP
1958 Sunset Cliffs Blvd.
San Diego, CA  92107
Attorney for: Ginger A. Baumer

Todd F. Stevens
Keeney Waite & Stevens
402 West Broadway, Suite 1820
San Diego, CA  92101
Attorney for: Midland Funding, LLC

Hunter H. Hoestenbach
501 W Broadway, Suite A230
San Diego, CA  92101
Attorney for: Legal Recovery Law Offices

For each addressee named above, that is not registered as a CM/ECF user, by First Class Mail, by placing a copy thereof in a separate envelope addressed to each addressee respectively, and then sealing each envelope and, with the postage thereon fully prepaid, then depositing each in the United States mail at San Diego,

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated October 31, 2013         /s/ Patric A. Lester
                               Patric A. Lester
                               Attorney for Plaintiff,
                               pl@lesterlaw.com